UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-20104-CR-ROSENBERG/ GARBER

UNITED STATES OF AMERICA
    Plaintiff,

vs.

SANDERS BERMUDEZ,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Barry L. Garber on July 28, 2014. A Report and Recommendation was filed on August 6, 2014 (D.E. 117) recommending that the Defendant's plea of guilty be accepted. The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

The Report and Recommendation (D.E. 117), of United States Magistrate Judge Barry L. Garber, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty of count one of the Indictment which charges that the Defendant did conspire with others to possess with intent to distribute cocaine base, referred to as "crack cocaine," in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(c ).

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 8th day of October, 2014.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate
All Counsel Of Record